MN-252

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re: GRANT, HENDRIE CUTLER

Bky Case No. 24-32633-KAC
Chapter 7

Debtor

## APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY

1. Applicant is the trustee in this case.

2. Applicant believes that the employment of an attorney is necessary to represent or assist trustee in carrying out the trustee's duties as follows: Perform legal services related to collection activities, including, assist with collecting the scheduled judgments, notes and other collection as necessary.

3. Warner Law, LLC, 120 South Sixth Street, Suite 1515, Minneapolis, Minnesota 55402-1817, Telephone (952) 922-7700, is qualified by reason of practice and experience to render such representation or assistance.

4. Warner Law, LLC has agreed to perform services as counsel on an hourly fee plus costs basis. Fees and costs shall be subject to court review and approval.

5. Warner Law, LLC will calculate its fees for professional services in accordance with agreed upon hourly rates for these services, as such rates are subject to adjustment from time to time, for inflation and other factors. The current compensation range for attorneys working on these matters is $350.00 and $160.00 for paralegal assistance. Warner Law, LLC adjusts its rates periodically, generally on January 1 of each year.

6. In connection with the reimbursement of actual, necessary expenses, Warner Law, LLC has advised the trustee that it charges expenses, including long-distance telephone, facsimile charges, U.S. Mail and overnight mail charges, photocopying charges, computerized research, transcription costs, travel and lodging costs and court filing fees.

7. To the best of the trustee's knowledge, information and belief, Warner Law, LLC has disclosed to the undersigned that it does not represent any creditors in connection with the Chapter 7 case and is disinterested within the meaning of 11 U.S.C. §§ 327(a), 328 and Bankr. R. 2014.

8. The trustee has made the following efforts to recover the asset prior to submitting this application: Trustee has made demands but needs to do further investigation to determine whether litigation is necessary and is in the best interests of the estate.

MN-252

WHEREFORE, Applicant prays that the Court approve such employment by the trustee. Pursuant to Local Rule 2014-1(c), the application is effective as of the date it is filed.

Dated: December 16, 2025

*s/ Patti J. Sullivan*
Patti J. Sullivan, Trustee
1041 Grand Ave., No. 272
St. Paul, MN 55105
(651) 699-4825

MN-252

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In Re: GRANT, HENDRIE CUTLER

Bky Case No. 24-32633-KAC
Chapter 7

Debtor

---

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)**

I, George E. Warner, Jr., of Warner Law, LLC, the professional named in the application for employment on behalf of the above-named bankruptcy estate, declare under penalty of perjury the following:

1. Warner Law, LLC does not hold or represent any interest adverse to the estate and is disinterested as required by 11 U.S.C. §327 and hereby declares that it has no connections with the debtor, creditors, parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

2. Warner Law, LLC will continue to review the docket in this case and provide the Court with additional disclosures, if necessary.

3. Warner Law, LLC will continue to monitor and assess all of its client relationships to ensure that Warner Law, LLC is, and remains, disinterested. In addition, Warner Law, LLC will disclose on an ongoing basis any relationship that may affect its disinterestedness.

**WARNER LAW, LLC**

Dated: December 16, 2025

*s/ George E. Warner, Jr.*

George E. Warner, Jr. (#0222719)
120 South Sixth Street, Suite 1515
Minneapolis, Minnesota 55402-1817
Telephone (952) 922-7700
george@warnerlawmn.com

MN-252

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re: GRANT, HENDRIE CUTLER

Bky Case No. 24-32633-KAC
Chapter 7

Debtor

**O R D E R**

The Application to Employ Warner Law, LLC as attorney for the estate came before the undersigned.

Based on the Application, the recommendation of the United States Trustee and 11 U.S.C. § 327,

IT IS ORDERED: the employment is approved.

Dated:

Katherine A. Constantine
Chief United States Bankruptcy Judge