MN-252

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re: GRANT, HENDRIE CUTLER

Bky Case No. 24-32633-KAC
Chapter 7

Debtor

**ORDER**

The Application to Employ Warner Law, LLC as attorney for the estate came before the undersigned.

Based on the Application, the recommendation of the United States Trustee and 11 U.S.C. § 327,

IT IS ORDERED: the employment is approved.

Dated: *December 23, 2025*

*s/ Katherine A. Constantine*

Katherine A. Constantine
Chief United States Bankruptcy Judge