UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:<br>HENDRIE C GRANT | CASE NO: 24-32633<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 11/6/2026, I did cause a copy of the following documents, described below,

NOTICE OF HEARING AND MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES and PROPOSED ORDER

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/6/2026

/s/ Patti J. Sullivan
Patti J. Sullivan 170124
Chapter 7 Panel Trustee
Sullivan Law Firm, P.A.
1041 Grand Ave., No. 272
St. Paul, MN 55105
651-699-4825
lori@pattisullivan.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

HENDRIE C GRANT

CASE NO: 24-32633

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 11/6/2026, a copy of the following documents, described below,

NOTICE OF HEARING AND MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES and PROPOSED ORDER

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/6/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Patti J. Sullivan
Sullivan Law Firm, P.A.
1041 Grand Ave., No. 272
St. Paul, MN 55105

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-32633
DISTRICT OF MINNESOTA
FRI NOV 6 10-7-38 PST 2026

EMBELLIR GALLERY OF GEMS LLC
750 MAIN STREET
SUITE 111
MENDOTA HEIGHTS MN 55118-3765

GRAFE AUCTION CO
1025 INDUSTRIAL DR
SPRING VALLEY MN 55975-9303

~~EXCLUDE~~

~~(U)MARY TORGERSEN TRUST~~

TOYOTA LEASE TRUST
WILFORD GESKE COOK PA
7616 CURRELL BLVD
SUITE 200
WOODBURY MN 55125-2296

WESLER ASSOCIATES CPA PC
PO BOX 19016
KALAMAZOO MI 49019-0016

~~EXCLUDE~~

~~ST PAUL~~
~~200 WARREN E BURGER FEDERAL BUILDING~~
~~AND US COURTHOUSE~~
~~316 N ROBERT ST~~
~~ST PAUL MN 55101-1495~~

ADVANTA IRA FBO SHAWN PATTERSON
4790 VOTH AVENUE NORTH SUITE 501
CLEARWATER FL 33762

ADVANTA IRA SERVICES FBO ANTHONY ABBOTT
1494 N 85TH STREET
SCOTTSDALE AZ 85257-4199

ALEXANDER J BEEBY
120 SOUTH SIXTH STREET SUITE 100
MINNEAPOLIS MN 55402-1847

ALEXANDER J BEEBY
SAPIENTIA LAW GROUP PLLC
120 SOUTH SIXTH STREET SUITE 100
MINNEAPOLIS MN 55402-1847

ALPHA II
CO RON KOPESKA 5619 W LAKE STREET
ST LOUIS PARK MN 55416-2106

AMERICAN EXPRESS
PO BOX 96001
LOS ANGELES CA 90096-8000

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

AMERICAN EXPRESS PERSONAL LOANS
PO BOX 96001
LOS ANGELES CA 90096-8000

BANK OF AMERICA NA
PO BOX 673033
DALLAS TX 75267-3033

BARCLAY BANK MC
PO BOX 70378
PHILADELPHIA PA 19176-0378

CHASE FREEDOM
CARDMEMBER SERVICE PO BOX 6294
CAROL STREAM IL 60197-6294

CITI CARD
PO BOX 6052
CAROL STREAM IL 60197-6052

CITIBANK NA
CITIBANK NA
5800 S CORPORATE PL
SIOUX FALLS SD 57108-5027

COMMON GROUND INVESTMENTS
CO GARY HEMPECK 33354 746TH AVE
SOUTH HAVEN MN 55382-2803

COMMON GROUND PROPERTIES INVESTMENTS LLC
33354 746TH AVE
SOUTH HAVEN MN 55382-2803

COMMUNITY RESOURCE BANK
CO ELAN FINANCIAL SERVICES
PO BOX 790408
SAINT LOUIS MO 63179-0408

CREDIT COLLECTION SERVICES
725 CANTON STREET
NORWOOD MA 02062-2679

DELTA SKYMILES RESERVE CARD
PO BOX 60189
CITY OF INDUSTRY CA 91716-0189

DRAKE BANK VISA
60 PLATO BOULEVARD SUITE 100
SAINT PAUL MN 55107-1828

FIRSTSOURCE ADVANTAGE LLC
205 BRYANT WOODS SOUTH
AMHERST NY 14228-3609

GOOD DEEDS LLC
CO DAVID SLATOSKY
4260 LAKELAND AVENUE NORTH
ROBBINSDALE MN 55422-1254

HENDRIE GRANT JFG INC
1555 SELBY AVENUE 545
SAINT PAUL MN 55104-3866

~~EXCLUDE~~
~~(U)HENDRIE GRANT LENDING VII INC~~

HENDRIE GRANT LENDING VII INC
1555 SELBY AVE UNIT 545
SAINT PAUL MN 55104-3866

HENNEPIN COUNTY PROPERTY TAX
300 SOUTH 6TH STREET
MINNEAPOLIS MN 55487-0999

J KELLY PROPERTIES
6480 ARGENTRA TRAIL
INVER GROVE HEIGHTS MN 55077-2203

J KELLY PROPERTIES LLC
1401 80TH STREET EAST
INVER GROVE HEIGHTS
MINNESOTA 55077
INVER GROVE HEIGHTS MN 55077-3417

~~EXCLUDE~~
~~(D)J KELLY PROPERTIES LLC~~
~~6480 ARGENTRA TRAIL~~
~~INVER GROVE HEIGHTS MN 55077-2203~~

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
CO NATIONAL BANKRUPTCY SERVICES LLC
PO BOX 9013
ADDISON TEXAS 75001-9013

JEFF DITRICH
320 3RD AVENUE NE
BAUDETTE MN 56623-2806

JEFF DITTRICH
320 3RD AVE NE
BAUDETTE MN 56623-2806

JEFFREY DITTRICH
MESSERLI KRAMER
CO DAVID TANABE
50 SOUTH SIXTH STREET SUITE 2300
MINNEAPOLIS MN 55402-1550

JERALD MITCHELL
722 SOUTH 6TH STREET
BRAINERD MN 56401-4041

JOHN DITTRICH
2136 COHANSEY BLVD
SAINT PAUL MN 55113-6630

~~EXCLUDE~~
~~(D)JOHN DITTRICH~~
~~2136 COHANSEY BOULEVARD~~
~~SAINT PAUL MN 55113-6630~~

KATIE CARLSON
CO SAPIENTIA LAW GROUP
120 SOUTH SIXTH STREET SUITE 100
MINNEAPOLIS MN 55402-1847

LORI GRANT
1646 MIDDLETON AVE
SAINT PAUL MN 55116-2355

MARY DITTRICH
1038 KILBURN STREET
SAINT PAUL MN 55103-1360

MARY TORGERSEN TRUST
CO MARY TORGERSEN 384 BELLA COURT
HUDSON WI 54016-7413

(P)MERCEDES BENZ FINANCIAL SERVICES
14327 HERITAGE PARKWAY 400
FORT WORTH TX 76177-3300

MICHELLE DITTRICH
25 MISTY LANE
PELHAM NH 03076-3238

MICHELLE DITTRICH
MESSERLI KRAMER
CO DAVID TANABE
50 SOUTH FIFTH STREET SUITE 2300
MINNEAPOLIS MN 55402

MINNESOTA REVENUE
PO BOX 64447 BKY
ST PAUL MN 55164-0447

ORIN KIPP ESQ
OBO TOYOTA LEASE TRUST
WILFORD GESKE COOK PA
7616 CURRELL BOULEVARD SUITE 200
WOODBURY MN 55125-2296

PATRICIA DITTRICH
MESSERLI KRAMER
CO DAVID TANABE
50 SOUTH SIXTH STREET SUITE 2300
MINNEAPOLIS MN 55402-1550

ROBERT CHARLES ROSSLEY
2655 IRVING AVENUE SOUTH
MINNEAPOLIS MN 55408-1048

SCOTT CAROLYN REVOCABLE TRUST
9269 CAMELOT CIRCLE
MINNEAPOLIS MN 55437-1906

SCOTT JACOBSON
9269 CAMELOT CIRCLE
BLOOMINGTON MN 55437-1906

SPECIALIZED IRA SERVICES FBOGARY HEMPECK
6100 INDIAN SCHOOL ROAD NE SUITE 215
ALBUQUERQUE NM 87110-4137

SPECIALIZED TRUST COMPANY FBO GARY HEMPECK I
33354 746TH AVE
SOUTH HAVEN MN 55382-2803

TERRANCE FRELIX EL SR
CO 1510 WEST 31ST STREET
MINNEAPOLIS MN 55408-2501

EXCLUDE
(U)TOYOTA FINANCIAL SERVICES

TOYOTA FINANCIAL SERVICES
PO BOX 22171
TEMPE AZ 85285-2171

TROY CARLSON
CO SAPIENTIA LAW GROUP
120 SOUTH SIXTH STREET SUITE 100
MINNEAPOLIS MN 55402-1847

EXCLUDE
US TRUSTEE
1015 US COURTHOUSE
300 S 4TH ST
MINNEAPOLIS MN 55415-3070

VANDELAY GROUP
CO RON KOPESKA 5619 W LAKE STREET
ST LOUIS PARK MN 55416-2106

UNDELIVERABLE
VINTAGE ON SELBY

EXCLUDE
(U)DANIEL TORGERSEN

EXCLUDE
(U)GARRY HEMPECK

DEBTOR
HENDRIE CUTLER GRANT
1555 SELBY AVENUEAPARTMENT 545
SAINT PAUL MN 55104-3866

JEFFREY DITTRICH
100 SOUTH FIFTH STREET SUITE 1400
MINNEAPOLIS MN 55402-1217

EXCLUDE
(U)JOHN DRECOUNT

JOSEPH W DICKER
JOSEPH W DICKER PA
1406 WEST LAKE STREET
SUITE 208
MINNEAPOLIS MN 55408-2653

EXCLUDE
(U)KATIE CARLSON

EXCLUDE
(U)MARY TORGERSEN

EXCLUDE
(U)MICHELLE DITTRICH

PATRICIA DITTRICH
100 SOUTH FIFTH STREET SUITE 1400
MINNEAPOLIS MN 55402-1217

EXCLUDE
PATTI J SULLIVAN
CHAPTER 7 TRUSTEE
1041 GRAND AVE NO 272
ST PAUL MN 55105-3002

EXCLUDE
(U)TROY CARLSON